# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:   **Ayleene C Woodard**               )               **Case 11 B 49063**
                                         )
                                         )               **Judge Deborah L Thorne**
                      Debtor(s)           )

## NOTICE OF WITHDRAWAL

TO:  Ayleene C Woodard, 2261 Eastwood Dr, Lynwood IL  60411
     Semrad Law Firm, 20 S Clark St 28ᵗʰ Flr, Chicago IL 60603
     JP Morgan Chase Bank NA, 3415 Vision Drive, Mail Code OH4-7133, Columbus, OH
     43219

Please take notice that on May 31, 2017 there was filed with the Clerk of the
Bankruptcy Court, Northern District, Eastern Division, the following in this
action:

**Notice of Payment of Final Mortgage Cure, docket number 45**

Marilyn O Marshall, Chapter 13 Trustee, hereby withdraws the Notice of
Payment of Final Mortgage Cure that was filed on May 31, 2017.

                        /s/Stewart A Chapman

## PROOF OF SERVICE VIA ECF PROCEDURES

Marilyn OMarilyn O Marshall, Standing Trustee
224 S. Michigan, Suite 800
Chicago, IL 60604-2500
312-431-1300